### PETER v. LEE.

No. 4000.   Opinion Filed May 18, 1915.

(149 Pac. 158.)

**CONTRACT WITH ATTORNEY—Indians.** Syllabus the same as in No. 3999, **Jack Postoak v. Albert J. Lee,** ante, 149 Pac. 155.

(Syllabus by Galbraith, C.)

*Error from District Court, Carter County;*

*S. H. Russell, Judge.*

Action by Albert J. Lee against Thompson Peter. Judgment for plaintiff, and defendant appeals. Affirmed.

*Wm. J. Gregg, John B. Meserve,* and *Carter Smith,* Asst. U. S. Atty., for plaintiffs in error.

*Cruce & Cruce,* for defendant in error.

GALBRAITH, C. This action involves a contract and note

of the same amount and character as that in No. 3999, Jack Postoak against Albert J. Lee, 149 Pac. 155, decided on this date, and the law of that case controls this.

We therefore, recommend that the judgment appealed from be affirmed.

By the Court: It is so ordered.